**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*Pro Hac Vice*)
Steven W. Hartsell (*Pro Hac Vice*)
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)
125 Summer Street
Boston, Massachusetts  02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299
hsusser@burnslev.com
pmuniz@burnlev.com
zgates@burnslev.com
acapachietti@burnslev.com

**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| GPNE CORP., | |
|---|---|
| Plaintiff, | No. 5:12-CV-02884-LHK |
| vs. | **JURY TRIAL DEMANDED** |
| BARNES & NOBLE, INC., | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF AN ORDER
REFLECTING THE STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and the terms of a separate Settlement and License Agreement dated November 7, 2012, plaintiff GPNE Corp. ("GPNE") and defendant Barnes & Noble, Inc. ("B&N"), parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. All claims asserted by GPNE against B&N and are dismissed with prejudice.

2. All counterclaims asserted by B&N against GPNE are dismissed with prejudice.

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

4. The Court may enter an Order adopting the Stipulation of Dismissal (with Prejudice) and Proposed Order thereon as the Order of the Court.

Dated: November 7, 2012                Respectfully Submitted,

/s/ Randall Garteiser
**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*Pro Hac Vice*)
Steven W. Hartsell (*Pro Hac Vice*)
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)
125 Summer Street
Boston, Massachusetts  02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299
hsusser@burnslev.com
pmuniz@burnlev.com
zgates@burnslev.com
acapachietti@burnslev.com

**ATTORNEYS FOR PLAINTIFF GPNE CORP.**


/s/ Ronald F. Lopez
Ronald F. Lopez
**NIXON PEABODY LLP**
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
[Tel.] (650)320-7716
[Fax] (866) 293-2789
rflopez@nixonpeabody.com

Jennifer Hayes
**NIXON PEABODY LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
jenhayes@nixonpeabody.com
[Tel.] (650) 320-7700
[Fax] (650) 320-7701

**ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 7, 2012, I electronically submitted the foregoing using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

                                        /s/ Randall Garteiser
                                        Randall Garteiser

**ATTESTATION**

    I hereby certify that I have the authority of Ronal Lopez to sign this settlement agreement on his behalf.

                                        /s/ Randall Garteiser
                                        Randall Garteiser