IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP.,<br><br>    Plaintiff,<br><br>  vs.<br><br>BARNES & NOBLE, INC.,<br><br>    Defendant. | No. 5:12-CV-02884-LHK |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and the terms of a separate Settlement and License Agreement dated November 7, 2012, plaintiff GPNE Corp. ("GPNE") and defendant Barnes & Noble, Inc. ("B&N"), parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims asserted by GPNE against B&N are dismissed with prejudice;

2. All counterclaims asserted by B&N against GPNE are dismissed with prejudice; and

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

Dated: November 8, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge

1