UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GNPE Corp., | Case No.: 12-CV-02885-LHK |
| Plaintiff, | and Related Case Nos. 12-CV-03055-LHK, 12-CV-03056-LHK, and 12-CV-03057-LHK |
| v. | |
| Apple, Inc., | ORDER REGARDING STIPULATION FOR AN ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY |
| Defendant. | |

The parties have filed a stipulation seeking an order extending Plaintiff GPNE Corp.'s ("Plaintiff") time to respond to Defendants' Apple, Inc., Amazon.com, Inc., Nokia Corp., Nokia Inc., Pantech Co., Ltd., and Pantech Wireless, Inc.'s recently filed Motion to Stay. ECF No. 58. Notably, each of the Defendants filed an identical copy of the Motion to Stay in their respective cases. However, Defendants filed the Motion to Stay on different days. Accordingly, Plaintiff's response to the Motion to Stay is due on February 7, 2013 in Case No. 12-CV-2885-LHK, February 8, 2013 in Case Nos. 12-CV-03055-LHK and 12-CV-3056-LHK, and February 15 in Case No. 12-CV-3057-LHK. The parties now seek to extend Plaintiff's deadline TO RESPOND to the Motion to Stay to February 11, 2013 in Case Nos. 12-CV-2885-LHK, 2-CV-03055-LHK, and 12-CV-3056-LHK. The parties do not seek to extend Plaintiff's deadline to respond in Case No. 12-CV-3057.

1

Case No.: 12-CV-02885-LHK
ORDER REGARDING STIPULATION FOR AN ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY

1     The Court hereby ORDERS that Plaintiff file a single 10 page response to all Defendants'
2 Motions to Stay on February 8, 2013.  Defendants shall file a single, joint, 5 page reply by
3 February 15, 2013.  Defendants are also advised that, going forward, where all Defendants join in a
4 motion, Defendants should file one motion for all cases, rather than filing separate, identical
5 motions on different days.  The Court also advises Defendants that, where Defendants all join in a
6 motion, Defendants need not deliver separate copies of the moving papers for each case.  A single
7 copy will suffice.

8 **IT IS SO ORDERED.**

9 Dated:  February 5, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02885-LHK
ORDER REGARDING STIPULATION FOR AN ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY