UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GNPE Corp., <br><br>　　　　　　　　Plaintiff, <br>　　v. <br><br>Apple, Inc., <br><br>　　　　　　　　Defendant. | Case No.: 12-CV-02885-LHK <br>and Related Case Nos. 12-CV-03055-LHK, 12-CV-03056-LHK, and 12-CV-03057-LHK <br><br>ORDER REGARDING CLAIM CONSTRUCTION BRIEFING PAGE LIMITS |

During the Case Management Conference on October 10, 2012, the Court agreed to extend the page limit for Defendants' Claim Construction Brief. *See* Transcript of October 10, 2012 Case Management Conference at 18:2-4. However, the Court's subsequent Case Management Order did not state how many additional pages Defendants were granted. *See* ECF No. 41. Defendants are hereby granted four additional pages for their Claim Construction Brief. Plaintiff is granted four additional pages as well for Plaintiff's response to Defendants' brief.

**IT IS SO ORDERED.**

Dated: April 25, 2013

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge