**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GNPE Corp.,<br><br>                     Plaintiff,<br><br>     v.<br><br>Apple, Inc.,<br><br>                     Defendants. | Case No.: 12-CV-02885-LHK<br>and Related Case Nos. 12-CV-03055-LHK, 12-CV-03056-LHK, and 12-CV-03057-LHK<br><br>ORDER REGARDING CHANGE IN TIME FOR TUTORIAL |

The Court hereby continues the June 6, 2013 tutorial from 10:00 a.m. to 11:00 a.m. The tutorial will take place from 11:00 a.m. to 12:30 p.m. The claim construction hearing will remain as set on June 6, 2013 from 2:00-4:00 p.m.

**IT IS SO ORDERED.**

Dated: June 5, 2013

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02885-LHK
ORDER REGARDING CHANGE IN TIME FOR TUTORIAL