|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GNPE Corp., | ) | Case No.: 12-CV-02885-LHK |
|---|---|---|
| | ) | and Related Case Nos. 12-CV-03055- |
| Plaintiff, | ) | LHK, 12-CV-03056-LHK, and 12-CV- |
| v. | ) | 03057-LHK |
| | ) | |
| Apple, Inc., | ) | ORDER REGARDING CHANGE IN |
| | ) | TIME FOR TUTORIAL |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

The Court hereby continues the June 6, 2013 tutorial from 10:00 a.m. to 11:00 a.m. The tutorial will take place from 11:00 a.m. to 12:30 p.m. The claim construction hearing will remain as set on June 6, 2013 from 2:00-4:00 p.m.

**IT IS SO ORDERED.**

Dated:  June 5, 2013

LUCY H. KOH
United States District Judge